UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
PREMIUM SUPPLY CO., INC.,

              Plaintiff,              ORDER ADOPTING REPORT AND
                                                     RECOMMENDATION
      -against-                           09-CV-0838 (JS)(ARL)

RCC DESIGN AND DEVELOPMENT CORP.,

              Defendant.
----------------------------------------X
APPEARANCES:
For Plaintiff:    Michael L. Shanker, Esq.
                  Shanker Law Group
                  101 Front Street
                  Mineola, NY 11501-4402

For Defendant:    No Appearance

SEYBERT, District Judge:

        Upon review of the Report and Recommendation ("Report") of Magistrate Judge Arlene R. Lindsay, issued September 11, 2009, to which no party has objected, the Court hereby ADOPTS the Report in its entirety.

        Pursuant to Rule 72 of the Federal Rules of Civil Procedure, any objections to the Report were to be filed with the Clerk of the Court within ten days of service of the Report. The time for filing objections has expired and no Party has objected. Accordingly, all objections are hereby deemed to have been waived. The Court ADOPTS the Report in its entirety and ORDERS that default judgment be entered against Defendant in the amount of $98,920.66.

                                            SO ORDERED

                                            /s/ JOANNA SEYBERT
                                            Joanna Seybert, U.S.D.J.

Dated:    Central Islip, New York
          October 27, 2009